# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN KERN, | ) |
| Plaintiff, | ) |
| vs. | ) 3:13-cv-00037-RCJ-VPC |
| PRUDENTIAL INSURANCE CO. OF AMERICA et al., | ) ORDER |
| Defendants. | ) |

This is an insurance dispute removed from state court. Defendants have moved to dismiss all claims except the fifth as preempted by ERISA. Plaintiff has filed a motion indicating his non-opposition, except as to Defendants' request for the Court to strike paragraph 14 of the Complaint, allegations within which relate to the fifth claim under ERISA. With that exception, the Court grants the motion.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 10) is GRANTED.

IT IS SO ORDERED.

Dated this 26th day of April, 2013.

_____
ROBERT C. JONES
United States District Judge