Sam Schwartz-Fenwick, *admitted pro hac vice*
SEYFARTH SHAW LLP
131 S. Dearborn St.
Suite 2400
Chicago, IL 60603
sschwartz-fenwick@seyfarth.com
Phone: (312) 460-5984
Facsimile: (312) 460-7000

Berna L. Rhodes-Ford
8485 W. Sunset Road, Suite 106
Las Vegas, NV 89113
Office: (702) 684-6262
Fax: (702) 534-4000
berna@rhodesford.com

Attorneys for Defendants

```
✓ FILED         ___ RECEIVED
___ ENTERED     ___ SERVED ON
                COUNSEL/PARTIES OF RECORD

        JUN - 6 2013

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN KERN | |
| Plaintiff, | CASE NO.: 3:13-cv-00037-RCJ-VPC |
| v. | Judge Robert C. Jones |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, a foreign corporation; PRUDENTIAL FINANCIAL, INC., a foreign corporation; SECURITRON MAGNALOCK CORPORATION, a foreign corporation; DOES I-X; ROE Corporations, I-X, inclusive, | |
| Defendants. | |

## JOINT MOTION TO STAY PROCEEDING

Plaintiff Steven Kern ("Plaintiff") and Defendants The Prudential Insurance Company of America, Prudential Financial, Inc., and Securitron Magnalock ("Defendants") (together "the parties") hereby move this Court for a 45-day stay of the proceedings in this case. In support of their motion, the parties state as follows:

1.  Plaintiff filed his Complaint on November 13, 2012 in the Second Judicial District Court for the State of Nevada in and for the County of Washoe. Defendant The Prudential Insurance Company

1  of America and Defendant Prudential Financial, Inc. timely removed to this Court on January 25, 2013.
2  All Defendants have timely answered or otherwise responded to the Complaint.
3    2. Pursuant to the Court's April 8, 2013 Case Management Conference, Plaintiff filed a
4  Motion to Take Discovery on April 29, 2013. Defendants filed their response on May 15, 2013, and
5  Plaintiff filed his reply on May 24, 2013. A hearing on this motion is scheduled for Monday, June 10,
6  2013.
7    3. The parties seek to engage in mediation and do not wish to incur the costs of litigation if
8  mediation will result in a resolution of the case.
9    4. Therefore, the parties jointly request that the Court stay the hearing scheduled for June
10 10, 2013 and stay all pending deadlines for 45 days from the date on which this motion was filed. The
11 "power to stay proceedings is incidental to the power inherent in every court to control the disposition of
12 the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."
13 *Landis v. North America Co.*, 299 U.S. 248, 254-55 (1936); *Regional Local Union No. 846 v. Gulf Coast
14 Rebar, Inc.*, No. 3:11-cv-658-AC, 2012 WL 5208485 (D. Or. Oct. 22, 2012).
15   5. When the stay expires, and if the parties have not resolved the case, the parties would
16 request the Court reset all deadlines.
17   6. If the parties reach a settlement while the stay is in effect, they will inform the Court of
18 such settlement.

1  WHEREFORE, the parties respectfully request that their motion be granted.

2  Respectfully submitted,

4  By: /s/ Bryan J. Carpenter                By: /s/ Sam Schwartz-Fenwick

5  Adam Ganz, Esq.                           Sam Schwartz-Fenwick, *admitted pro hac vice*
   Marjorie Hauf, Esq.                       SEYFARTH SHAW LLP
6  Bryan J. Carpenter, Esq.                  131 S. Dearborn St.
   GANZ HAUF CARPENTER                       Suite 2400
7  470 E. Plumb Lane, Suite 210              Chicago, IL 60603
   Reno, NV 89502                            sschwartz-fenwick@seyfarth.com
8  Phone: (775) 786-2222                     Phone: (312) 460-5948
9  Facsimile: (775) 786-2478                 Facsimile: (312) 460-7948

11 Attorney for Plaintiff                    Attorney for Defendants

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: June 6, 2013

## CERTIFICATE OF SERVICE

I do hereby certify that on June 5, 2013, I have caused a true and correct copy of the foregoing JOINT MOTION TO STAY to be served upon the following via the Court's CM/ECF system:

GANZ HAUF CARPENTER
Adam Ganz, Esq. (SBN 6650)
Marjorie Hauf, Esq. (SBN 8111)
Bryan J. Carpenter, Esq. (SBN 11359)
470 E. Plumb Lane, Suite 210
Reno, NV 89502
Phone: (775) 786-2222
Facsimile: (775) 786-2478


By:   /s/Sam Schwartz-Fenwick
        Sam Schwartz-Fenwick